■ RYAN M. FORRESTEL, Respondent, v MARGUERITA M.C. JONKMAN, Appellant. (Appeal No. 2.) [48 NYS3d 901]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered December 15, 2015. The order denied the cross motion of defendant seeking, inter alia, an order directing plaintiff to pay defendant $1,231.52 pursuant to the property settlement agreement, and reserved decision of plaintiff's motion seeking, inter alia, an order directing defendant to pay to plaintiff certain amounts under the property settlement agreement.

It is hereby ordered that said appeal from the order insofar as it reserved decision on plaintiff's motion is unanimously dismissed, and the order is affirmed without costs.

Same memorandum as in *Forrestel v Jonkman* ([appeal No. 1] 148 AD3d 1674 [2017]). Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.

■ RYAN M. FORRESTEL, Respondent, v MARGUERITA M.C. JONKMAN, Appellant. (Appeal No. 3.) [48 NYS3d 901]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered December 21, 2015. The order denied the recusal motion of defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Forrestel v Jonkman* ([appeal No. 1] 148 AD3d 1674 [2017]). Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN G. WARNER, Appellant. [48 NYS3d 902]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered September 15, 2014. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the second degree and promoting an obscene sexual performance by a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.